# United States District Court
## For The Western District of North Carolina
### Statesville Division

EUGENE LITTLE,

      Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:06CV35-3-MU

DEPARTMENT OF CORRECTION,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2006, Order.

Signed: March 24, 2006

*Frank G. John*

Frank G. Johns, Clerk
United States District Court