# United States District Court
# For The Western District of North Carolina
# Statesville Division

EUGENE LITTLE,

    Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                   CASE NO. 5:06CV35-3-MU

DEPARTMENT OF CORRECTION,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 24, 2006, Order.

Signed: March 24, 2006

Frank G. Johns, Clerk
United States District Court